| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| SOUTHERN DISTRICT OF OHIO |
| Case number *(if known)* _____  Chapter **11** |
| ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Sedamsville Historical Society Corp** |
| **2.** | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | |
| **4.** | **Debtor's address** | **Principal place of business**  **5615 Sidney Rd**  **Cincinnati, OH 45238**  Number, Street, City, State & ZIP Code  **Hamilton**  County | **Mailing address, if different from principal place of business**  _____  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  _____  Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ |

Debtor **Sedamsville Historical Society Corp**　　　Case number (*if known*) _____
　　　Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

　　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 04/01/25 and every 3 years after that).
　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D) and it chooses to proceed under Subchapter V of Chapter 11.
　　☐ A plan is being filed with this petition.
　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____　When _____　Case number _____
District _____　When _____　Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

Debtor **Sedamsville Historical Society Corp** _____  Case number (*if known*) _____
    Name

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor _____ | Relationship _____ | |
| District _____ | When _____ | Case number, if known _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
Contact name _____
Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ■ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Sedamsville Historical Society Corp**　　　　　　　　　　　　　　　　　Case number (*if known*)
　　　　Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **August 19, 2022**
　　　　　　　　MM / DD / YYYY

**X** **/s/ John C. Klosterman**　　　　　　　　　　　　　**John C. Klosterman**
　　Signature of authorized representative of debtor　　　Printed name

Title　**Corporate Representative**

**18. Signature of attorney**

**X** **/s/ J. Christian A. Dennery**　　　　　　　　Date **August 19, 2022**
　　Signature of attorney for debtor　　　　　　　　　　MM / DD / YYYY

**J. Christian A. Dennery**
Printed name

**Dennery, PLLC**
Firm name

**7310 Turfway Rd, Ste 550**
**Florence, KY 41042**
Number, Street, City, State & ZIP Code

Contact phone   **859-692-3685**　　　Email address   **jcdennery@dennerypllc.com**

**KBA 95878 KY**
Bar number and State

**Fill in this information to identify the case:**

Debtor name: **Sedamsville Historical Society Corp**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF OHIO

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **August 19, 2022**   X **/s/ John C. Klosterman**
Signature of individual signing on behalf of debtor

**John C. Klosterman**
Printed name

**Corporate Representative**
Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Sedamsville Historical Society Corp** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF OHIO** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **City of Cincinnati Code Enforcement, Attn: L. Briede 805 Central Ave Cincinnati, OH 45202** | | | **Contingent Unliquidated** | | | **Unknown** |
| **Hamilton County Auditor and Treasurer 138 East Court Street, Room 402 Cincinnati, OH 45202** | | | **Contingent Unliquidated** | | | **Unknown** |
| **Hamilton County Land Reutilization Corp. 3 E Fourth Street, Suite 300 Cincinnati, OH 45202** | | | | | | **Unknown** |
| **Konza LLC 1835 DEXTER AVENUE Cincinnati, OH 45206** | **Richard Boydston, Esq.** **richard.boydston@gmail.com 513 455-7663** | | **Disputed** | | | **Unknown** |
| **Tristate Organization Inc. 671 Delhi Ave. Cincinnati, OH 45204** | **Joseph Lentine III** | | **Disputed** | | | **$162,847.08** |

```
City of Cincinnati
Code Enforcement, Attn: L. Briede
805 Central Ave
Cincinnati, OH 45202

City of Cincinnati
Kate Burroughs, Esq.
214 City Hall, 801 Plum St
Cincinnati, OH 45202

City of Cincinnati
Erica Faaborg, Esq.
214 City Hall, 801 Plum St
Cincinnati, OH 45202

City Solicitor, Andrew W. Garth
Asst City Solicitor, Tina F. Woods, Esq.
801 Plum St, Rm 214
Cincinnati, OH 45202

Hamilton County Auditor and Treasurer
138 East Court Street, Room 402
Cincinnati, OH 45202

Hamilton County Child Support
Attn: Teresa Perins, Esq.
222 E. Central Pkwy 6NW711
Cincinnati, OH 45202

Hamilton County Land Reutilization Corp.
3 E Fourth Street, Suite 300
Cincinnati, OH 45202

James S. Sayer, Esq.
230 E. 9th St, Ste 4000
Cincinnati, OH 45202

Joseph Lentine III
3633 Puhlman Ave.
Cincinnati, OH 45211

Konza LLC
1835 DEXTER AVENUE
Cincinnati, OH 45206

Luper Neidenthal & Logan
Attn: Christian D. Donavon, Esq.
1160 Dublin Rd, Ste 400
Columbus, OH 43215-1052

Ohio Attorney General's Office
Attn: Amy K. Kaufman, Esq.
150 E. Gay St
Columbus, OH 43215
```

Ohio Department of Job & Family Services
30 E Broad St #22
Columbus, OH 43215

Ohio Department of Taxation
4485 Northland Ridge Blvd
Columbus, OH 43229

Richard Boydston, Esq.
Dentons Bingham Greenebaum LLP
312 Walnut Street #2450
Cincinnati, OH 45202

Tristate Organization Inc.
671 Delhi Ave.
Cincinnati, OH 45204

United States Attorney's Office
Attn: Matthew J. Horwitz, Esq.
221 E. 4th St, Ste 400
Cincinnati, OH 45202

Warsaw Federal Savings & Loan
3533 Warsaw Ave
Cincinnati, OH 45205

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| In re | : | Case No. 22-1 |
| Sedamsville Historical Society, Corp. | : | Chapter 11 |
| | : | |
| | : | |

## CORPORATE OWNERSHIP STATEMENT AND DISCLOSURE

Pursuant to Bankruptcy Rule 1007(a), Sedamsville Historical Society, Corp., a corporate debtor, hereby discloses that there are no entities that directly or indirectly own ten percent (10%) or more of any class of the ~~limited liability~~ company's equity interest.

*/s/ John Klosterman*
By: John Klosterman
Its: Corporate Representative
Date: Friday, August 19, 2022

*/s/ J. Christian A. Dennery*
J. Christian A. Dennery (KBA No. 95878)
Dennery, PLLC
7310 Turfway Rd, Suite 550
Florence, KY 41042
Tel. 859-692-3685
Fax 859-286-6726
jcdennery@dennerypllc.com
*Proposed Attorney for Debtors and debtors in possession:* John C. Klosterman, and Boldface Properties LLC, Emily Vets LLC, Sedamsville Historical Society, Corp., and Virginia Williamsburg LLC.
